UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Vernon Olson,                                         Civil 07-3762 ADM/FLN

      Plaintiff,

      v.                                             O R D E R

Michael J. Astrue, Commissioner
of Social Security,

      Defendant.

_____

Based upon the Findings of Fact, Conclusions of Law, and Recommendation by United States Magistrate Judge Franklin L. Noel dated March 2, 2009, all the files and records, and no objections having been filed to said Report and Recommendation,

**IT IS HEREBY ORDERED** that:

1. Defendant's Motion to Dismiss [Docket No. 39] is GRANTED for lack of jurisdiction;

2. Plaintiff's collateral motions [Docket Nos. 27, 43] are summarily DENIED.

DATED: April 13, 2009            s/Ann D. Montgomery

at Minneapolis, Minnesota         JUDGE ANN D. MONTGOMERY
                                                  United States District Court